UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

U.S. DISTRICT COURT
GREENEVILLE TN

2011 OCT 20 P 1: 39

FILED

UNITED STATES OF AMERICA )
)
v. ) No.: 2:11-MJ- 199
)
LESLIE ASHMORE )
)

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern

District of Tennessee, hereby moves to seal all documents in this case, including the Motion to

Seal until further order of the Court, on the grounds that there is an ongoing criminal

investigation which could be jeopardized by public disclosure of this matter at this time.

Respectfully submitted on October 20, 2011.

WILLIAM C. KILLIAN
United States Attorney

By: _____
GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street
Greeneville, Tennessee 37743
(423) 639-6759