UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-CR-94 |
| | ) | |
| LESLIE ASHMORE | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated March 1, 2012. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's Motion to Dismiss, [Doc. 17], the indictment be granted, but that the dismissal be without prejudice. The defendant has filed an objection to this recommendation, [Doc. 24]. After careful and *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 23], and that the Motion to Dismiss, [Doc. 17], is **GRANTED**. However, the Indictment is **DISMISSED WITHOUT PREJUDICE**.

E N T E R:

                                                                      s/J. RONNIE GREER
                                             UNITED STATES DISTRICT JUDGE